**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| Edith Barker,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Debbie Cragun; Greg Hargis; Gary Herbert;<br>and Dana Powers,<br><br>　　　　　　　　Defendants. | REPORT AND RECOMMENDATION<br><br>Case No. 1:18-cv-00060-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is Defendants Debbie Cragun, Dana Powers, Greg Hargis, and Gary Herbert's Motion to Dismiss Plaintiff's Amended Complaint (ECF 38), referred to the undersigned in accordance with 28 U.S.C. § 636(b)(1)(B) by Judge Parrish. After careful review of the pleadings, and for the reasons discussed below, the court RECOMMENDS that this matter be dismissed as duplicative.

## I.   BACKGROUND

Plaintiff filed her original complaint ("Complaint") against the State of Utah, the Utah Department of Human Resource Management, Debbie Cragun, Dana Powers, Greg Hargis, and Gary Herbert on June 11, 2018, seeking injunctive relief and damages under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act ("ADA"), and 42 U.S.C. §1983 for alleged violations arising from her termination of employment with the State of Utah (ECF 3). Defendants State of Utah and the Utah Department of Human Resource Management responded to the Complaint by filing a Motion to Dismiss the entities ("DHRM's Motion to Dismiss") on November 1, 2018 (ECF 12). Plaintiff then filed a Response to DHRM's Motion to Dismiss ("Response to Motion to Dismiss") along with a Motion to Amend/Correct Complaint and an

Amended Complaint ("Amended Complaint") (ECF 18).  Plaintiff's Amended Complaint voluntarily removed the State of Utah and the Utah Department of Human Resource Management as defendants (ECF 19).

On February 19, 2019, Judge Wells granted Plaintiff's Motion to Amend (ECF 21), which terminated the State of Utah and the Utah Department of Human Resource Management as parties in the case.  On May 1, 2019, Judge Parrish issued an Order finding as moot DHRM's pending Motion to Dismiss as the parties who filed the motion had been terminated (ECF 28).

Remaining defendants Debbie Cragun, Dana Powers, Greg Hargis and Gary Herbert ("Defendants") subsequently filed the present Motion to Dismiss ("Motion") pending before the court (ECF 38).  In the Motion, Defendants move for dismissal pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and DUCivR 7-1 arguing Plaintiff's claims should be dismissed with prejudice because Plaintiff's Amended Complaint: 1) fails to allege subject matter jurisdiction; 2) fails to sufficiently allege she timely filed her charge of discrimination as required under Title VII and the American with Disabilities Act; 3) fails to allege facts sufficient to state a plausible §1983 claim against them; and 4) fails to allege facts sufficient to state a plausible claim under the Americans with Disabilities Act.

Plaintiff filed a Response to Motion arguing in relevant part that: 1) she did not willingly dismiss the State of Utah or the Utah Department of Human Resource Management, 2) the entities should not have been dismissed because the State of Utah and Utah Department of Human Resource Management are not intitled to qualified immunity; and 3) the Amended Complaint contained specific facts as to each individually named defendant (ECF 41). Defendants filed a Reply reiterating their initial contentions (ECF 42).

## II.   ANALYSIS

This court has carefully reviewed Plaintiff's Response and is unpersuaded that Plaintiff did not willingly dismiss the State of Utah or the Utah Department of Human Resource Management as defendants when she filed her Amended Complaint (ECF 19).  Judge Parrish's Order finding as moot DHRM's Motion to Dismiss specifically indicated that "Plaintiff's amended complaint filed on January 3, 2019 is not asserted against either of the defendants who brought this motion to dismiss" (ECF 28).  Moreover, in her Response to Motion to Dismiss, Plaintiff indicated she was "[c]onceding that some of Defendants' assertions have merit" and simultaneously filed the proposed Amended Complaint without the State of Utah or the Utah Department of Human Resource Management as defendants (ECF 19).  Plaintiff did not file a corrected amended complaint and has not sought leave to file a third amended complaint. Therefore, the court finds Defendants State of Utah and Utah Department of Human Resources were properly terminated.

As to remaining Defendants Debbie Cragun, Dana Powers, Greg Hargis and Gary Herbert, Plaintiff currently has two additional cases pending in the District of Utah. (*See* Case Nos. 1:18-cv-00061; 1:18-cv-00068.)  Of those cases, *Barker v. Utah Attorney General*, Case No. 1:18-cv-00061, involves the same parties, same interests, same facts, and the same relief sought.  Accordingly, based upon the court's inherent power to manage its docket and the general principal to avoid duplicative litigation, *see Katz v. Gerardi*, 655 F.3d 1212, 1217 (10th Cir. 2011) ("District courts have discretion to control their dockets by dismissing duplicative claims."); *Colo. River Water Conserv. Dist. v. United States*, 424 U.S. 800, 817 (1976) (same), the undersigned RECOMMENDS this case be dismissed, and Plaintiff be allowed to pursue her claims in *Barker v. Utah Attorney* General, Case No. 1:18-cv-00061.

## RECOMMENDATION

The undersigned RECOMMENDS this case be DISMISSED as duplicative of Case No. 1:18-cv-00061.

Copies of the foregoing report and recommendation shall be mailed to all parties who are hereby notified of their right to object. Any objection must be filed within fourteen (14) days after being served with a copy as required under Federal Rule of Civil Procedure 72(b)(2). Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 12 February 2020.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah